

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Ze ZHENG, ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. '21 MJ04032 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about October 7, 2021, within the Southern District of California, Defendant, Ze ZHENG, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Luz AGUILAR-Montejano, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Carlo E. Nazareno, Task Force Officer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on October 8, 2021.

HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

The complainant states that Luz AGUILAR-Montejano, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On October 7, 2021, at approximately 4:51 P.M., Ze ZHENG (Defendant), applied for admission into the United States from Mexico at the Otay Mesa, California Port of Entry as the driver of a 2003 BMW 325i bearing California license plates. Upon inspection before United States Customs and Border Protection (CBP) Officer, Defendant presented his United States passport card and stated he was going to San Diego, California with nothing to declare from Mexico. Also in the vehicle was passenger, Siqi Wang who presented a permanent resident card. CBP Officer conducted an inspection and referred the vehicle to secondary for a computer-generated referral.

In secondary, a CBP Officer screened the vehicle through the Z-Portal (x-ray machined) and noticed an anomaly between the back seat and trunk of the vehicle. CBP Officers conducted further inspection and discovered an individual concealed in a back seat compartment. The CBP Officers noted the trunk wall was sealed with paint and repair putty similar. They assisted the individual out of the compartment who was later identified as Luz AGUILAR-Montejano, determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

At approximately 8:10 P.M., Defendant was advised of his Miranda rights and elected to make statements without benefit of counsel. Defendant denied knowledge of the individual concealed in the vehicle he was driving. Defendant stated he went to Mexico to visit his ill brother and was instructed by an individual he had been in contact with to drive the vehicle to a grocery market in San Diego. Defendant denied any monetary payment.

During a video-recorded interview, the Material Witness admitted to being a citizen of Mexico without documents to enter the United States. Material Witness stated her family made the smuggling arrangement for her and was to pay an unknown amount if she made it across successfully. Material Witness stated she was going to San Jose, California.